**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 8 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02269-LTB-BNB

DOUGLAS A. GLASER,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
MITCH MORRISSEY, Denver District Attorney, individually and in his official capacity
    acting under color of law,
JOE MORALES, Deputy District Attorney, individually and in his official capacity acting
    under color of law,
KENNETH LAFF, Assistant District Attorney, individually and in his official capacity
    acting under color of law,
DAVID KARPEL, Assistant District Attorney, individually and in his official capacity
    acting under color of law,
RHEA BABCOCK, Colorado Division of Securities Investigator, individually and in her
    official capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, individually and in his official
    capacity acting under color of law, .
MATT MCQUEEN, Secret Service Agent, individually and in his official capacity acting
    under color of law,
ALFREDO YBARRA, Denver Police Detective, individually and in his official capacity
    acting under color of law,
ROBERT ROCK, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MARK DALVIT, Denver Police Officer, individually and in his official capacity acting
    under color of law,
ROBERT FREUND, Denver Police Detective, individually and in his official capacity
    acting under color of law,
KELLY OHU, Denver Police Officer, individually and in his official capacity acting under
    color of law,
SHARON HUGHES, Denver Police Officer, individually and in his official capacity acting
    under color of law,
BRIAN CRAME, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MIKE SCHWARTZ, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MARK BEVERIDGE, Denver Police Officer, individually and in his official capacity
    acting under color of law,
JOSHUA VALERIO, Denver Police Officer, individually and in his official capacity acting

under color of law,
TROY EDWARDS, Denver Police Officer, individually and in his official capacity acting
    under color of law,
CARRIE MAESTAS, Denver Police Officer, individually and in his official capacity acting
    under color of law,
RUBEN ROJAS, Denver Police Officer, individually and in his official capacity acting
    under color of law,
DAVID IVERSON, Denver Police Officer, individually and in his official capacity acting
    under color of law,
ERIK REIDMULLER, Denver Police Officer, individually and in his official capacity
    acting under color of law,
MATTHEW GRIMSLEY, Denver Police Officer, individually and in his official capacity
    acting under color of law,
MARK SCHONK, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MATTHEW CHURCH, Denver Police Officer, individually and in his official capacity
    acting under color of law,
DAVID SMITH, Denver Police Officer, individually and in his official capacity acting
    under color of law,
KEVIN FRAZER, Denver Police Officer, individually and in his official capacity acting
    under color of law,
BRIAN GORDON, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MICHAEL MARTINEZ, Denver District Court Judge, individually and in his official
    capacity acting under color of law,
UNKNOWN DENVER DISTRICT COURT CLERK, Denver District Court Clerk,
    individually and in their official capacity acting under color of law,
RAY WILLIS MANNON, individually and d/b/a Jostee Bail Bonds, LLC, and
UNKNOWN AGENT, Accredited Insurance, individually and in their official capacity as
    insurance provider for Jostee Bail Bonds, LLC.,


    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED November 17, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02269-LTB-BNB

Douglas A. Glaser
12519 Washington Lane, #A2
Englewood, CO 80112

US Marshal Service
Service Clerk
Service forms for: City & County of Denver, Mitch Morrissey, Joe Morales, Kenneth Laff, David Karpel, Rhea Babcock, Joe Joyce, Matt McQueen, Alfredo Ybarra, Robert Rock, Mark Dalvit, Robert Freund, Kelly Ohu, Sharon Hughes, Brian Crame, Mike Schwartz, Mark Beveridge, Joshua Valerio, Troy Edwards, Carrie Maestas, Ruben Rojas, David Inverson, Erik Reidmuller, Matthew Grimsley, Mark Schonk, Matthew Church, David Smith, Kevin Frazer, Brian Gordon, Michael Martinez, and Ray Willis Mannon

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal Service for service of process on: City & County of Denver, Mitch Morrissey, Joe Morales, Kenneth Laff, David Karpel, Rhea Babcock, Joe Joyce, Matt McQueen, Alfredo Ybarra, Robert Rock, Mark Dalvit, Robert Freund, Kelly Ohu, Sharon Hughes, Brian Crame, Mike Schwartz, Mark Beveridge, Joshua Valerio, Troy Edwards, Carrie Maestas, Ruben Rojas, David Inverson, Erik Reidmuller, Matthew Grimsley, Mark Schonk, Matthew Church, David Smith, Kevin Frazer, Brian Gordon, Michael Martinez, and Ray Willis Mannon: COMPLAINT FILED 10/20/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  11/18/08 .

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk