IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02269-LTB-BNB

DOUGLAS A. GLASER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
MITCH MORRISSEY, Denver District Attorney, individually and in his official capacity acting
    under color of law,
JOE MORALES, Deputy District Attorney, individually and in his official capacity acting under
    color of law,
KENNETH LAFF, Assistant District Attorney, individually and in his official capacity acting
    under color of law,
DAVID KARPEL, Assistant District Attorney, individually and in his official capacity acting
    under color of law,
RHEA BABCOCK, Colorado Division of Securities Investigator, individually and in her official
    capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, individually and in his official capacity
    acting under color of law, .
MATT MCQUEEN, Secret Service Agent, individually and in his official capacity acting  under
    color of law,
ALFREDO YBARRA, Denver Police Detective, individually and in his official capacity acting
    under color of law,
ROBERT ROCK, Denver Police Officer, individually and in his official capacity acting under
    color of law,
MARK DALVIT, Denver Police Officer, individually and in his official capacity acting under
    color of law,
ROBERT FREUND, Denver Police Detective, individually and in his official capacity acting
    under color of law,
KELLY OHU, Denver Police Officer, individually and in his official capacity acting under color
    of law,
SHARON HUGHES, Denver Police Officer, individually and in his official capacity acting
    under color of law,
BRIAN CRAME, Denver Police Officer, individually and in his official capacity acting under
    color of law,
MIKE SCHWARTZ, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MARK BEVERIDGE, Denver Police Officer, individually and in his official capacity acting
    under color of law,
JOSHUA VALERIO, Denver Police Officer, individually and in his official capacity acting

   under color of law,
TROY EDWARDS, Denver Police Officer, individually and in his official capacity acting under
   color of law,
CARRIE MAESTAS, Denver Police Officer, individually and in his official capacity acting
   under color of law,
RUBEN ROJAS, Denver Police Officer, individually and in his official capacity acting under
   color of law,
DAVID IVERSON, Denver Police Officer, individually and in his official capacity acting under
   color of law,
ERIK REIDMULLER, Denver Police Officer, individually and in his official capacity acting
   under color of law,
MATTHEW GRIMSLEY, Denver Police Officer, individually and in his official capacity acting
   under color of law,
MARK SCHONK, Denver Police Officer, individually and in his official capacity acting under
   color of law,
MATTHEW CHURCH, Denver Police Officer, individually and in his official capacity acting
   under color of law,
DAVID SMITH, Denver Police Officer, individually and in his official capacity acting under
   color of law,
KEVIN FRAZER, Denver Police Officer, individually and in his official capacity acting under
   color of law,
BRIAN GORDON, Denver Police Officer, individually and in his official capacity acting under
   color of law,
MICHAEL MARTINEZ, Denver District Court Judge, individually and in his official capacity
   acting under color of law,
UNKNOWN DENVER DISTRICT COURT CLERK, Denver District Court Clerk, individually
   and in their official capacity acting under color of law,
RAY WILLIS MANNON, individually and d/b/a Jostee Bail Bonds, LLC, and
UNKNOWN AGENT, Accredited Insurance, individually and in their official capacity as
   insurance provider for Jostee Bail Bonds, LLC.,

   Defendants.

## ORDER

This matter arises on two motions filed by the plaintiff:

1. **Motion for Research and Supplies Relief** [Doc. #62, filed 1/30/09]; and

2. **Motion to Terminate Research and Supplies Relief** [Doc. # 121, filed 6/8/09].

In his Motion for Research and Supplies Relief, the plaintiff requests that the court send

him $3,500.00 so that he may purchase a subscription to Lois Law; a "fax/copy/scanner with paper and ink"; law books; and "fees resulting from postage, telephone, fax, and use of PACER." The plaintiff does not provide any authority to support his request, and there is no authority for it.  The Motion for Research and Supplies Relief is frivolous and is denied.

Four months after filing the Motion for Research and Supplies Relief , the plaintiff filed a motion to "terminate" his request for supplies because he "no longer requires this Court's assistance to be able to pay for the research and progress in this complaint."  The motion to terminate is denied as moot.

IT IS ORDERED that the Motion for Research and Supplies Relief [Doc. #62] is DENIED as frivolous.

IT IS FURTHER ORDERED that the Motion to Terminate Research and Supplies Relief [Doc. # 121] is DENIED as moot.

IT IS FURTHER ORDERED that the plaintiff shall cease filing frivolous motions. Failure to comply with this order may result in sanctions, including dismissal of this case with prejudice.

Dated June 12, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge