IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02269-LTB-BNB

DOUGLAS A. GLASER,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
RHEA BABCOCK, Colorado Division of Securities Investigator, individually and in her official
      capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, individually and in his official capacity
      acting under color of law, .
MATT MCQUEEN, Secret Service Agent, individually and in his official capacity acting under
      color of law,
ALFREDO YBARRA, Denver Police Detective, individually and in his official capacity acting
      under color of law,
ROBERT ROCK, Denver Police Officer, individually and in his official capacity acting under
      color of law,
MARK DALVIT, Denver Police Officer, individually and in his official capacity acting under
      color of law,
ROBERT FREUND, Denver Police Detective, individually and in his official capacity acting
      under color of law,
KELLY OHU, Denver Police Officer, individually and in his official capacity acting under color
      of law,
SHARON HUGHES, Denver Police Officer, individually and in his official capacity acting
      under color of law,
BRIAN CRAME, Denver Police Officer, individually and in his official capacity acting under
      color of law,
MIKE SCHWARTZ, Denver Police Officer, individually and in his official capacity acting
      under color of law,
MARK BEVERIDGE, Denver Police Officer, individually and in his official capacity acting
      under color of law,
JOSHUA VALERIO, Denver Police Officer, individually and in his official capacity acting
      under color of law,
TROY EDWARDS, Denver Police Officer, individually and in his official capacity acting under
      color of law,
CARRIE MAESTAS, Denver Police Officer, individually and in his official capacity acting
      under color of law,
RUBEN ROJAS, Denver Police Officer, individually and in his official capacity acting under
      color of law,
DAVID IVERSON, Denver Police Officer, individually and in his official capacity acting under

    color of law,
ERIK REIDMULLER, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MATTHEW GRIMSLEY, Denver Police Officer, individually and in his official capacity acting
    under color of law,
MARK SCHONK, Denver Police Officer, individually and in his official capacity acting under
    color of law,
MATTHEW CHURCH, Denver Police Officer, individually and in his official capacity acting
    under color of law,
DAVID SMITH, Denver Police Officer, individually and in his official capacity acting under
    color of law,
KEVIN FRAZER, Denver Police Officer, individually and in his official capacity acting under
    color of law,
BRIAN GORDON, Denver Police Officer, individually and in his official capacity acting under
    color of law,
UNKNOWN DENVER DISTRICT COURT CLERK, Denver District Court Clerk, individually
    and in their official capacity acting under color of law,

    Defendants.

## ORDER

This matter arises on the plaintiff's **Motion to Amend Complaint** [Doc. #93, filed 3/10/09] (the "Motion"). The plaintiff seeks leave to amend his Complaint to assert his conspiracy claim (Claim Six) under 42 U.S.C. § 1983 instead of 42 U.S.C. §§ 1985(3) and 1986. The defendants have not opposed the Motion.

IT IS ORDERED that the Motion is GRANTED.

Dated January 28, 2010.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge